UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY F. FOSTER, individually and as
personal representative of the estate of Dr.
William P. Foster,

     Plaintiff,

v.                                                  4:11cv561-WS

PROFESSIONAL VIDEO RESOURCES, INC.,
a Florida corporation, and HAROLD E. BYRD,
SR.,

     Defendants.

## ORDER OF DISMISSAL

The parties having filed a joint stipulation of dismissal with prejudice, it is ORDERED:

1. The clerk shall enter judgment stating: "All claims are dismissed with prejudice."

2. Each party shall bear that party's own costs and fees.

3. The court retains jurisdiction to enforce the terms of the parties' settlement agreement.

DONE AND ORDERED this   10th   day of   October  , 2012.

                                        s/ William Stafford
                                        WILLIAM STAFFORD
                                        SENIOR UNITED STATES DISTRICT JUDGE