**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

ANTHONY F. FOSTER, individually and
as personal representative of the estate
of Dr. William P. Foster

    VS                                      CASE NO. 4:11CV561-WS

PROFESSIONAL VIDEO
RESOURCES, INC., a Florida
corporation, and HAROLD E. BYRD,
SR.,

**JUDGMENT**

"All claims are dismissed with prejudice."

                                    JESSICA J. LYUBLANOVITS
                                    CLERK OF COURT

| | |
|---|---|
| October 10, 2012 | s/David L. Thomas |
| DATE | Deputy Clerk: David Thomas |